**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-cv-2646-PAB-MEH

SHANNON CLARK, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

GREEN TREE SERVICING LLC,
a Delaware limited liability company,

      Defendant.

---

**JOINT STIPULATION FOR 20-DAY EXTENSION OF TIME**
**TO RESPOND TO CLASS ACTION COMPLAINT**

---

      Plaintiffs, Shannon Clark, individually and on behalf of all others similarly situated, and Defendant, Green Tree Servicing, LLC, by their undersigned counsel and pursuant to D.C.COLO.LCivR 6.1A, hereby stipulate to a twenty (20) day extension of time, up to and including *November 13, 2013*, for Defendant, Green Tree Servicing, LLC, to serve its response to the Class Action Complaint.

Dated: October 17, 2013

| | |
|---|---|
| EDELSON LLC | BALLARD SPAHR LLP |

By:  s/ Steven L. Woodrow              By:  s/ Sarah B. Wallace
    Steven L. Woodrow                 Sarah B. Wallace
999 West 18th Street                   1225 17th Street
Suite 3000                             Suite 2300
Denver, CO  80202                      Denver, CO  80202-5597
Telephone: 303.357.4877                Telephone: 303.292.3400
Facsimile:  303.446.9111               Facsimile:  303.296.3956
swoodrow@edelson.com                   wallaces@ballardspahr.com

*Attorneys for Shannon Clark*          Of counsel:
                                       Martin C. Bryce, Jr.
                                       Ballard Spahr LLP
                                       1735 Market Street, 51st Floor
                                       Philadelphia, PA  19103
                                       Telephone: 215.864.8238
                                       Facsimile:  215.864.8999

*Attorneys for Green Tree Servicing LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2013 a true and correct copy of the foregoing JOINT STIPULATION FOR 20-DAY EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT was electronically filed with the Clerk of this Court and served via the CM/ECF system on the following:

    Steven L. Woodrow, Esq.    swoodrow@edelson.com
    Megan Lindsey, Esq.    mlindsey@edelson.com
    Edelson, LLC
    999 West 18th Street, Suite 3000
    Denver, CO, 80202

I further certify that a true and correct copy of the above was served by e-mail on the following:

    Green Tree Servicing, LLC    Danielle.D.Rawls@greentreecreditsolutions.com

    *s/ Linda Winter*
    Linda Winter

3