**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.. 1:13-cv-02646-PAB-MEH

SHANNON CLARK,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GREEN TREE SERVICING, LLC,
a Delaware limited liability company,

    Defendant.

**DEFENDANT GREEN TREE'S UNOPPOSED MOTION
TO EXCEED 15-PAGE LIMIT IN ITS
MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendant Green Tree Servicing, LLC ("Green Tree")'s response to Plaintiff's Class Action Complaint is due on November 13, 2013. Green Tree, by its undersigned counsel and pursuant to Section III(a) of the Practice Standards of the Honorable Philip A. Brimmer, moves unopposed to exceed the fifteen-page limitation by five pages for its proposed Motion to Dismiss Plaintiff's Class Action Complaint (the "Complaint") (and, in turn, the Plaintiff's response to that motion) , and in support thereof, states that:

**COMPLIANCE WITH LOCAL RULE 7.1(A)**

Pursuant to Local Rule 7.1(A), the undersigned conferred with Plaintiff's counsel, who has no objection to its request to exceed the page limits by five pages. The Plaintiff, did, however, request that she also have an additional fifteen pages to respond to Green Tree's motion to dismiss.

**I.     BACKGROUND**

Plaintiff Shannon Clark filed her Class Action Complaint (the "Complaint") to recover damages against Green Tree for alleged "deficient, unfair and fraudulent loan servicing practices in violation of federal and common law, and its intentional and systematic failure to honor Trial Period Plans and Permanent Modification Agreements under the federal Home Affordable Modification Program." [ECF No. 1 at ¶1]. More specifically, the sixty-three page Complaint brings twelve claims and relates to four alleged separate agreements: a first trial period plan, a second trial period plan, a first permanent modification and a second permanent modification.

In light of the volume of claims and number of issues raised by Plaintiff, Green Tree respectfully requests that this Court allow a five-page enlargement of the page limits. Section III(a) of the Practice Standards provides that:

> All motions, objections, responses and briefs shall not exceed fifteen pages…..
>
> Motions to exceed the page limitations set forth in these Practice Standards will be granted only upon a showing of good cause. Any such motion shall indicate the number of pages of the proposed document and the reason why the additional pages are necessary.

Here, Green Tree requires an additional five pages in order to raise all meritorious arguments in its Fed. R. Civ. P. 12(b)(6) motion to dismiss. Specifically, Green Tree has certain arguments which support dismissal of numerous claims and other arguments that are specifically addressed to individual counts of the Complaint. Absent an enlargement of the page limits, Green Tree would suffer prejudice as it could not persuasively raise all arguments in a fifteen-page motion.

## II.     CONCLUSION

Accordingly, Green Tree respectfully requests that the Court enter an order granting it leave to file a twenty-page-motion to dismiss and Plaintiff leave to file a twenty-page response.

Dated:  November 8, 2013

>Respectfully submitted,
>
>BALLARD SPAHR LLP
>
>By:   /s/ *Sarah B. Wallace*
>      Sarah B. Wallace
>1225 17th Street, Suite 2300
>Denver, CO  80202-5596
>Telephone: 303.292.3400
>Facsimile: 303.296.3956
>wallaces@ballardspahr.com
>
>Of Counsel:
>Martin C. Bryce, Jr.
>Ballard Spahr LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA  19103
>Telephone: 215.864.8238
>
>*Attorneys for Defendant Green Tree*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of November, 2013 a true and correct copy of the foregoing **DEFENDANT GREEN TREE'S MOTION TO EXCEED FIFTEEN-PAGE LIMIT FOR MOTION TO DISMISS CLASS ACTION COMPLAINT** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

    Steven Woodrow, Esq.
    Megan Lindsey, Esq.
    Edelson LLC
    999 West 18th Street, Suite 3000
    Denver, CO 80202
    swoodrow@edelson.com
    mlindsey@edelson.com

                *s/ Linda Winter*
                Linda Winter