IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 13-cv-02646-PAB-MEH | Date:   January 13, 2014 |
| Courtroom Deputy:    Cathy Pearson | FTR – Courtroom A501 |

SHANNON CLARK,                                                                   Megan Lindsey

     Plaintiff,

v.

GREEN TREE SERVICING LLC,                                             Martin Bryce, Jr.
                                                                          Sarah Wallace

     Defendant.

### *AMENDED* COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**      **10:07 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion held regarding claims and defenses, and the pending Motion to Dismiss and Motion to Stay.

**Discovery Deadline:** *February 9, 2015*

**Dispositive Motion Deadline:**        **March 9, 2015**

**Plaintiff's class certification opening brief:**        **October 1, 2014**
**Defendant's class certification response brief:**     **October 31, 2014**
**Plaintiff's class certification reply brief:**           **November 14, 2014**

**Final Pretrial Conference:**  **May 12, 2015, at 10:00 a.m.**
(In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**)

**Telephonic Status Conference:**     **April 22, 2014, at 10:00 a.m.**   Mr. Bryce may appear at the conference by telephone and is directed to call chambers at (303)844-4507 at the time of the hearing in order to participate.

**Court in recess:**     **10:33 a.m.**     **(Hearing concluded)**
**Total time in Court: 0:26**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.