# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| SHANNON CLARK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GREEN TREE SERVICING LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 13-cv-2646 |

## JOINT MOTION TO APPROVE
## STIPULATED PROTECTIVE ORDER

Plaintiff Shannon Clark individually and behalf of all other similarly situated and Defendant Green Tree Servicing LLC move the Court that the attached stipulated protective order be entered by the Court in the above-captioned action in order to protect the discovery and dissemination of highly confidential information or confidential information in this case.

Respectfully submitted,

*s/ Martin Bryce*

| | |
|---|---|
| Sarah B. Wallace | Martin C. Bryce, Jr. |
| Ballard Spahr LLP | Of Counsel: |
| 1225 Seventeenth Street, Suite 2300 | Ballard Spahr LLP |
| Denver, Colorado 80202-596 | 1735 Market Street, 51st Floor |
| Telephone: 303-292-2400 | Philadelphia, PA 19103 |
| Facsimile: 303-296-3956 | Telephone: 215.864.8238 |
| wallaces@ballardspahr.com | Facsimile: 215.864.8999 |
| | bryce@ballardspahr.com |
| | *Attorneys for Defendant Green Tree* |

*s/ Megan Lindsey*
Megan Lindsey
Edelson P.C.
999 West 18th Street, Suite 3000
Denver, CO 80202
mlindsey@edelson.com
*Attorney for Plaintiff and the Putative Class*

Dated: April 22, 2014

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2014 a true and correct copy of the foregoing **MOTION TO APPROVE STIPULATED PROTECTOVE ORDER** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Steven Woodrow, Esq.
Megan Lindsey, Esq.
EDELSON P.C.
999 West 18th Street, Suite 3000
Denver, CO 80202
swoodrow@edelson.com
mlindsey@edelson.com

Jay Edelson, Esq.
EDELSON P.C.
350 North LaSalle, Suite 1300
Chicago, Illinois 60654

*Attorneys for Plaintiff and the Putative Class*

                                              *s/ Katya H. Moses*
                                              Katya H. Moses