IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.   13-cv-02646-PAB-MEH**          **FTR – Courtroom A501**
**Date:**    April 22, 2014                                          Cathy Pearson, Courtroom Deputy

SHANNON CLARK,                                              Megan Lindsey

     Plaintiff,

v.

GREEN TREE SERVICING LLC,                         Sarah Wallace

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**      9:54 a.m.

The Court calls case. Appearances of counsel. Martin Bryce also appears for Plaintiff and is present by telephone.

Discussion held regarding the "Stipulated Motion for Protective Order" (Doc. 28, filed 4/21/14), which is actually only the Stipulated Protective Order.

**ORDERED:**   The "Stipulated Motion for Protective Order" (Doc. 28, filed 4/21/14) is DENIED without prejudice. Counsel are directed to file the appropriate motion along with the proposed order.

Discussion held regarding the status of discovery.

**Court in recess:**       10:09 a.m.      (Hearing continued/concluded)
Total time in court:    0:15

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.