IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK,

    Plaintiff,

v.

GREEN TREE SERVICING LLC,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2014.**

    For good cause shown, the Joint Motion to Approve Stipulated Protective Order [filed April 22, 2014; docket #30] is **granted**.  The proposed order is accepted and filed contemporaneously with this minute order.