IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK,

      Plaintiff,

v.

GREEN TREE SERVICING LLC,

      Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2014.**

      The Joint Motion to Approve Stipulated ESI Protocol [filed May 9, 2014; docket #37] is **granted**.  The Stipulation Establishing Electronic Discovery Protocol entered by the parties in this case (docket #37-1) is approved.