IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK,

    Plaintiff,

v.

GREEN TREE SERVICING LLC,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2014.**

    For good cause shown, the Joint Motion to Amend the Scheduling Order [filed May 23, 2014; docket #40] is **granted**. The operative Scheduling Order shall be modified as follows:

| | |
|---|---|
| Plaintiff's deadline to disclose experts relating to class certification: | July 15, 2014 |
| Plaintiff's deadline to disclose information specified in FRCP 26(a)(2): | August 15, 2014 |
| Defendant's deadline to disclose experts relating to class certification: | September 15, 2014 |
| Defendant's deadline to disclose information specified in FRCP 26(a)(2): | October 15, 2014 |
| Plaintiff's deadline to move for class certification: | November 14, 2014 |
| Defendant's deadline to respond to motion for class certification: | December 15, 2014 |
| Plaintiff's deadline to reply in support of motion for class certification: | December 31, 2014 |
| Plaintiff's deadline to disclose experts not relating to class certification: | January 15, 2015 |
| Defendant's deadline to disclose experts not relating to class certification: | February 27, 2015 |
| Discovery cut-off: | March 27, 2015 |
| Dispositive motion deadline: | April 27, 2015 |

    In addition, the Final Pretrial Conference scheduled in this case for May 12, 2015 is hereby **vacated** and **rescheduled** to **June 30, 2015,** at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).