IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK, individually and on behalf of others similarly situated,

 Plaintiff,

v.

GREEN TREE SERVICING LLC,

 Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2014.**

 The Joint Motion to Amend the Amended Scheduling Order [filed July 9, 2014; docket #45] is **granted in part and denied in part** as follows.

 The Court will hold a hearing on Plaintiff's pending Motion to Compel (docket #43) on **August 12, 2014 at 10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. At that time, the Court will discuss with the parties any requested amendments to the operative Scheduling Order.

 Meanwhile, discovery in this case is temporarily stayed pending resolution of the motion and any requested amendments to the Scheduling Order.