**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| SHANNON CLARK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GREEN TREE SERVICING LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 13-cv-2646 |

**UNOPPOSED MOTION TO RESCHEDULE THE**
**HEARING ON PLAINTIFF'S MOTION TO COMPEL**

Defendant, Green Tree Servicing, LLC ("Green Tree"), through counsel and with the consent of all parties, moves to reschedule the hearing on Plaintiff's pending Motion to Compel ("Hearing") to August 19, 2014 at 10 a.m., and in support of that motion states as follows:

**Certificate of Compliance Pursuant to D.C. Colo. L. Civ. R. 7.1.** Undersigned counsel has conferred with Plaintiff's counsel and she is available to reschedule the Hearing to August 19, 2014 at 10 a.m.

1. The Honorable Magistrate Michael E. Hegarty set the Hearing for August 12, 2014 at 10 a.m.

2. Undersigned counsel for Green Tree is not available on that date and will not be in Denver.

3. Counsel for Green Tree has telephoned chambers regarding this request, and chambers had advised that the Court is available to preside over the Hearing on August 19, 2014 at 10 a.m.

2

4. Accordingly, Green Tree requests that the Court reset the Hearing for August 19, 2014 at 10 a.m.

WHEREFORE, Green Tree respectfully requests that the Hearing on August 12, 2014 be vacated, and that the Hearing be rescheduled for August 19, 2014 at 10 a.m.

Respectfully submitted,

/s/ *Sarah B. Wallace*

| | |
|---|---|
| Of Counsel: | Sarah B. Wallace |
| Martin C. Bryce, Jr. | wallaces@ballardspahr.com |
| Ballard Spahr LLP | Ballard Spahr LLP |
| 1735 Market Street, 51st Floor | 1225 17th Street |
| Philadelphia, PA  19103 | Suite 2300 |
| Telephone: 215.864.8238 | Denver, CO  80202-5597 |
| Facsimile: 215.864.8999 | Telephone: 303.292.3400 |
| | Facsimile: 303.296.3956 |
| Dated:  July 14, 2014 | *Attorneys for Defendant Green Tree* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this July 14, 2014 a true and correct copy of the foregoing **UNOPPOSED MOTION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION TO COMPEL** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Steven Woodrow, Esq.
Megan Lindsey, Esq.
EDELSON P.C.
999 West 18th Street, Suite 3000
Denver, CO 80202
swoodrow@edelson.com
mlindsey@edelson.com

*Attorneys for Plaintiff and the Putative Class*

                              *s/ Katya H. Moses*
                              Katya H. Moses