IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02646-PAB-MEH | Date:   August 19, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| SHANNON CLARK, | Megan Lindsey |
|     Plaintiff, | |
| vs. | |
| GREEN TREE SERVICING LLC, | Sarah Wallace |
|     Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:01 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Plaintiff's First Motion to Compel the Production of Documents and Interrogatory Response (Doc. 43, filed 6/27/14).

**ORDERED:**   1.   The Court takes the motion under advisement, to allow counsel an opportunity to narrow the issues outlined in the motion.

2.   A Status Conference regarding the motion is set for **August 27, 2014, at 3:00 p.m.**

**Court in recess:**     **11:26 a.m.**   (Hearing concluded)
**Total time in court:**   1:25

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.