IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.  13-cv-02646-PAB-MEH                FTR – Courtroom A501
Date: August 27, 2014                                          Laura Galera, Courtroom Deputy

SHANNON CLARK,                                                Megan Lindsey

     Plaintiff,

v.

GREEN TREE SERVICING LLC,                          Sarah Wallace

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

**Court in session:**     3:10 p.m.

Appearances of counsel.

Discussion regarding the status of the case including 30(b)(6) topics and supplemental document production.

**ORDERED:**  Status Conference set **September 30, 2014 at 10:30 a.m.** Counsel are instructed to contact chambers if they believe the hearing is unnecessary.

**ORDERED:**  Plaintiff's First Motion to Compel the Production of Documents and Interrogatory Responses #[43] is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.  The motion is granted to the extent anything on the record can be construed as having granted it and denied in the remainder as moot. Counsel is granted leave to renew the motion incorporating by reference any previous argument.

**ORDERED:**  The following deadlines are extended as follows:
Plaintiff's deadline to disclose experts relating to class certification: **November 3, 2014.**
Plaintiff's deadline to disclose information specified in FRCP 26(a)(2): **December 1, 2014.**
Defendant's deadline to disclose experts relating to class certification: **January 9, 2015.**
Defendant's deadline to disclose information specified in FRCP 26(a)(2): **January 30, 2015.**
Plaintiff's deadline to move for class certification: **March 2, 2015.**
Defendant's deadline in response to motion for class certification: **March 28, 2015.**

Plaintiff's reply to motion for class certification: **April 10, 2015.**
Plaintiff's deadline to disclose experts not relating to class certification: **May 1, 2015.**
Defendant's deadline to disclose experts not relating to class certification: **June 1, 2015.**
Discovery cut-off: **July 6, 2015.**
Dispositive motion deadline: **August 3, 2015.**

**FINAL PRETRIAL CONFERENCE RESET** to **September 15, 2015 at 9:45 a.m.** before Magistrate Judge Hegarty.

**Court in recess:**     3:24 p.m.     (Hearing concluded.)
Total time in court:   0:14

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.