IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK, individually and on behalf of others similarly situated,

    Plaintiff,

v.

GREEN TREE SERVICING LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2014.**

    The Join Motion to Reconsider Ruling on Unopposed Motion to Amend the Amended Scheduling Order [filed November 26, 2014; docket #65] is **granted**. For good cause shown, the Amended Scheduling Order is modified as follows:

| | |
|---|---|
| Plaintiff's deadline to disclose information specified in FRCP 26(a)(2): | February 13, 2015 |
| Defendant's deadline to disclose experts relating to class certification: | March 25, 2015 |
| Defendant's deadline to disclose information specified in FRCP 26(a)(2): | April 15, 2015 |
| Plaintiff's deadline to move for class certification: | May 15, 2015[1] |
| Defendant's deadline in response to motion for class certification: | June 12, 2015 |
| Plaintiff's reply to motion for class certification: | June 26, 2015 |
| Plaintiff's deadline to disclose experts not relating to class certification: | June 15, 2015 |
| Defendant's deadline to disclose experts not relating to class certification: | August 14, 2015 |
| Discovery cut-off: | September 18, 2015 |
| Dispositive motion deadline: | October 16, 2015 |

    In addition, the Final Pretrial Conference currently scheduled in this case for November 17, 2015 is **vacated** and **rescheduled** to **December 16, 2015,** at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

---

[1] The requested date, May 16, 2015, is a Saturday.

2

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).