IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK, individually and on behalf of others similarly situated,

    Plaintiff,

v.

GREEN TREE SERVICING LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2015.**

    Plaintiff's Unopposed Motion for Leave to File First Amended Class Action Complaint and Jury Demand [<u>filed January 5, 2015; docket #76</u>] is **granted**. Plaintiff shall file the finalized First Amended Complaint on or before January 9, 2015, and the Defendant shall file an answer or other response to the amended pleading in accordance with Fed. R. Civ. P. 15.