IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02646-PAB-MEH

SHANNON CLARK, individually and on behalf of others similarly situated,

    Plaintiff,

v.

GREEN TREE SERVICING LLC,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2015**.

    Plaintiff's Unopposed Motion to Amend the Scheduling Order Entered November 28, 2014 [filed January 8, 2015; docket #83] is **granted in part and denied in part**. The Court does not find good cause at this juncture for extending the deadlines *again* for a 60-day period. However, because outstanding discovery issues exist in this case, the Court finds good cause to modify the Amended Scheduling Order as follows:

| | |
|---|---|
| Plaintiff's deadline to disclose information specified in FRCP 26(a)(2): | March 20, 2015 |
| Defendant's deadline to disclose experts relating to class certification: | April 24, 2015 |
| Defendant's deadline to disclose information specified in FRCP 26(a)(2): | May 15, 2015 |
| Plaintiff's deadline to move for class certification: | June 15, 2015 |
| Defendant's deadline in response to motion for class certification: | July 15, 2015 |
| Plaintiff's reply to motion for class certification: | July 29, 2015 |
| Plaintiff's deadline to disclose experts not relating to class certification: | July 15, 2015 |
| Defendant's deadline to disclose experts not relating to class certification: | September 15, 2015 |
| Discovery cut-off: | October 16, 2015 |
| Dispositive motion deadline: | November 16, 2015 |

    In addition, the Final Pretrial Conference currently scheduled in this case for December 16, 2015 is **vacated** and **rescheduled** to **January 14, 2016,** at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial

2

order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).