# Exhibit B



This is your Trial Period Plan.
You're on your way toward
an affordable mortgage payment.

To accept our offer,
make your first payment today.



SHANNON CLARK

Loan Number: ███████              September 14, 2012

Dear SHANNON CLARK:

We are pleased to tell you that **you are approved to enter into a Trial Period Plan under the federal government's Home Affordable Modification Program**. This is the next step toward qualifying for affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to permanently modify your mortgage, starting with your first Trial Period Plan payment.

**What you need to do**
To accept this offer, you must make new monthly Trial Period Plan payments in the exact amount shown below in place of your normal monthly mortgage payment. Each payment must be made in the <u>exact</u> amount of your Trial Period Plan payment and in a timely manner.

**Send in your monthly Trial Period Plan payments — instead of your normal monthly mortgage payments — as follows:**

> 1st payment: $1,173.05 by 11/01/12
> 2nd payment: $1,173.05 by 12/01/12
> 3rd payment: $1,173.05 by 01/01/13

- Make each of the above payments on time and in the amount shown. Payment coupons are included in this package if you wish to send your payment in the mail. You can also call 1.800.669.6650 and we can deduct your payment directly from your checking account. (There are no fees to make your payment by phone during your trial period.)

- It is important that you carefully review the enclosed *Frequently Asked Questions and Additional Trial Period Plan Information and Legal Notices*.

- If you successfully make all of your Trial Period Plan payments, and return any additional documents that may be required, you may receive a Modification Agreement explaining your loan modification terms that must be signed, notarized and returned to us. At that time, your modification will be officially permanent. (Your existing loan and loan requirements remain in effect and unchanged during the Trial Period Plan.) **We must receive each payment on time and in the month in which it is due. If you miss a payment or do not comply with any of the other terms of your trial period, this offer will end and your loan will not be modified under the Home Affordable Modification Program**. If your last trial period payment is made in the last half of the month it is due, we may extend your Trial Period Plan by an extra month.

- Once you have successfully made each of the payments above by their due dates, you have submitted two signed copies of your modification agreement, and we have signed the modification agreement, your mortgage will be permanently modified in accordance with the terms of your modification agreement.

If you cannot afford the Trial Period Plan payments shown above but want to remain in your home or if you have decided to leave your home but still want to avoid foreclosure, please call me at 1.800.669.6650 as we may be able to help you. Additionally, please visit bankofamerica.com/homeloanassistance for more information.

CHRISTINA SHERMAN
Home Loan Team
Bank of America, N.A.



C3_536-8b

**P.S. We want to help you stay in your home. Please make your first Trial Period Plan payment today.**

Enclosures: (1) Frequently Asked Questions (2) Additional Trial Period Plan Information and Legal Notices (3) Payment Coupons

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know about your potential eligibility for a loan modification program that may help you bring or keep your loan current through affordable payments.

Mortgages funded and administered by an ⌂ Equal Housing Lender.
♻ Protect your personal information before recycling this document.

C3_536-8b

**FREQUENTLY ASKED QUESTIONS**   Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**
- If you make your new payments on time each month, we will not conduct a foreclosure sale.
- You will not be charged any fees for this Trial Period Plan or a permanent modification. However, third party fees such as attorney fees, recording fees, etc. may occur and you will be responsible for payment.
- If your loan is modified, we will waive all unpaid late charges.
- Entering into a Trial Period Plan for a loan modification or accepting a permanent loan modification can affect your credit. The actual effect will depend on a variety of factors. Visit ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm for more information about your credit and how to improve it.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**
The trial period offers you immediate payment relief. Making all of your payments in the exact amount specified during this trial period will demonstrate that you can afford the modified payments and that they work within your budget. Making a payment greater than your trial payments may indicate that you do not need assistance and can also prevent you from qualifying for a permanent modification. Note: This is only a temporary Trial Period Plan. Your existing loan requirements remain in effect and unchanged during the trial period and you will continue to receive monthly statements that will show the payment amount based on your original home loan agreement. However, please pay the new Trial Period Plan payment amount instead of your original payment amount or you may not qualify for a permanent modification.

**Q. How was my new payment in the trial period determined?**
Your Trial Period Plan payment is approximately 31% of your total gross monthly income, which we determined to be $3,781.83 based upon the income documentation you provided. If the loan is successfully modified, your new payment also will be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we estimate your modified interest rate would be 2.000%. Your final modified interest rate may be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $2,194.36, this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of $36.57, per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact 1.800.669.6650.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**
If you make all of your Trial Period Plan payments on time, return any additional documents that we may require, and your loan continues to meet the eligibility requirements set forth for the Home Affordable Modification Program , you may receive a Modification Agreement explaining the terms of the modified loan. Any difference between the amount of the trial period payments and your regular home loan payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**
If your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the Trial Period Plan payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a total of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first Trial Period Plan payment due date,* will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**
If your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your loan unless your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year, fixed-rate conforming mortgages). Once your interest rate reaches the cap it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Q. How will you achieve an affordable payment?**
There are several different ways we may modify the terms of your loan to reach an affordable payment. The specific terms of your modification will be set forth in your Modification Agreement, but the modifications to your existing loan may include one or more of the following to achieve a modified payment equal to 31% of your gross monthly income.

- Your loan may be brought current by capitalizing past due amounts. This means we may add past due interest, servicing expenses paid to third parties (and taxes and insurance which may have been paid on your behalf) to your principal. Unpaid late fees will be waived at the time of modification.

- Your interest rate may be reduced to as low as 2%, if necessary, to achieve a payment that you can afford. Each borrower's interest rate will only be reduced to a point sufficient to reach a modified payment equal to 31% of the borrower's gross monthly income. Not all borrowers will need a rate reduction to 2% to achieve a monthly mortgage payment that is affordable.

- Your loan payments may be recalculated over a longer period even though the maturity date will not change. This will help lower your monthly payments, but it will result in your having a lump sum payment, known as a balloon payment, which will continue to accrue interest until you pay off the modified loan.

- We may forbear or defer a portion of your unpaid principal balance. This is called principal forbearance. The amounts subject to this forbearance will not accrue interest for the remainder of the life of the loan. At the end of the loan term or at the time the loan is paid off through sale or refinancing, any remaining deferred amount becomes due.

Your permanent Modification Agreement may not contain all of these terms, or may contain different terms. The key terms of your permanent Modification Agreement will be designed to provide you with affordable monthly mortgage payments.

**Q. What happens if I am unable to make payments during the trial period?**
If you are unable to make each payment in the month in which it is due, you will not be eligible for a modification under the Home Affordable Modification Program. However, you may be eligible for other foreclosure-prevention options.

**Q. Is housing counseling required for a modification under the Home Affordable Modification Program?**
Borrowers whose payments are past due are strongly encouraged to contact a housing counselor approved by the U.S. Department of Housing and Urban Development (HUD) to help them understand all of their options and to create a workable budget plan. These services offered by HUD-approved housing counselors are free. Housing counseling is required for borrowers whose total monthly debts are very high in relation to their income (equal to or more than 55% of their gross monthly income). If counseling is required for you, a page entitled "Housing Counseling" will be included in this package. If this page is not included, counseling is not required.

**Q. How will a modification of my loan affect the Mortgage Insurance on my loan?**
Mortgage Insurance (MI) is typically required on loans for which the original loan amount is greater than 80% of the original value of the property. MI coverage protects lenders and investors against a financial loss when borrowers default.

If you did not already have MI on your loan before the modification, you will not be required to obtain it as a result of the modification. If you currently have MI, and the modified principal balance changes as a result of the modification, your MI premiums may change as well. Furthermore, the date that you may request cancellation of the MI may change. For loans on single-family primary residences, federal law allows you to request that MI be canceled on either:
- The date the principal balance on your loan is scheduled to reach 80% of the original value of the property, or
- The date the principal balance is reduced to 80% of the original value of the property based on actual payments.

**Q. What happens if I have Borrowers Protection Plan®?**
If you have Borrowers Protection Plan with your mortgage, you complete this Trial Period Plan and receive a permanent modification, your Borrowers Protection Plan will remain on your modified loan. If your Plan remains in place, your monthly fee for the Plan and the amount of any benefits under the Plan will be adjusted according to your new modified loan payment amount. However, the Plan will not remain in place if you notify us of your request to cancel or your Borrowers Protection Plan has already been cancelled or terminated in accordance with its terms. You may cancel your Borrowers Protection Plan at any time by calling 1.866.554.2676. If you notify us of your request to cancel your Borrowers Protection Plan within the 60 days after the date your permanent modification becomes effective, you will receive a refund of any Borrowers Protection Plan fees you pay with respect to any period after that effective date.

For details of your plan, please refer to the Borrowers Protection Plan Addendum you received when you closed your loan or contact us at 1.866.554.2676. If after reviewing your plan you find that you have experienced a qualifying event that may be eligible for benefits under Borrowers Protection Plan, please contact us immediately by calling 1.866.317.5116.

**Q. What happens if I have other optional products or credit insurance?**
If, after your loan closed, you purchased an optional product such as accidental death insurance or Privacy Assist, where you agreed to have the cost for the optional product added to your mortgage payment, please contact us at 1.800.641.5298 to discuss the choices you may have.

If you have credit insurance, please contact us at 1.800.288.7647 to discuss your credit insurance plan.

**Q. Are there additional resources where I can find information about the Home Affordable Modification Program?**
Call the Homeowner's HOPE™ Hotline at **1.888.995.HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish. Or you may visit bankofamerica.com/mha or makinghomeaffordable.gov for more information.

888-995-HOPE™
Homeowner's HOPE Hotline

**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**
Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 1.202.622.4559 (fax) or sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



C3_536-8b

 Here's additional information you need to know about the Home Affordable Modification Program.

## Additional Trial Period Plan Information and Legal Notices

The terms of your Trial Period Plan below are effective on the day you make your first Trial Period Plan payment, provided you have paid it on or before 11/01/12. You and we agree that:

If your loan was previously referred to foreclosure, we have made a request to the court or the foreclosure trustee to halt the foreclosure sale. In addition, if you accept participation in the program by making your first Trial Period Plan payment, we will make a request to the court or the foreclosure trustee to halt the foreclosure process as long as you make your required Trial Period Plan payments on time. If you do not comply with the terms of the Trial Period Plan and do not work with us to find other foreclosure prevention alternatives for which you may qualify, your loan will be serviced according to its original terms, which could include foreclosure.

If you do not comply with the terms of the Trial Period Plan, you will be sent a notice that your loan does not qualify. In most cases, you will have 30 days to review the reason your loan was not eligible and contact us to discuss any concerns or other foreclosure prevention alternatives that may be available to you. During this 30-day period (or any longer period required for us to review supplemental material you may provide in response to the non-approval notice), your loan may be referred to foreclosure or we may continue with pending foreclosure action. However, we will make a request to the court or your foreclosure trustee that no foreclosure sale will be conducted during the review period.

Do not ignore any foreclosure notices. Even if you are participating in a Trial Period Plan, to protect your rights under applicable foreclosure law, you may need to respond to foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your loan, contact 1.800.669.6650.

**During the trial period, we may accept and post your Trial Period Plan payments to your account and it will not affect foreclosure proceedings that have already been started.**
- The servicer's acceptance and posting of your new payment during the Trial Period Plan will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.
- You agree that Bank of America, N.A. will hold each of your Trial Period Plan payments that you make in a non-interest bearing account. Once there are enough funds in that account to make your full mortgage payment, we will apply the funds to your loan account to make that payment. At the end of your trial period, there could be funds left in that account because there is not enough to make a full mortgage payment. If so, we will apply those funds towards your unpaid principal balance at the time your loan is permanently modified.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**
- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the Trial Period Plan payments instead of the payment required under your loan documents:**
- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

Trial Period Plan Mortgage Payment Coupons

Your Trial Period Plan mortgage payments in the amount of $1,173.05 will be due no later than 11/01/2012, 12/01/2012 and 01/01/2013 instead of -- not in addition to -- your regular monthly mortgage payment.

---

Please detach and include with your third month's Trial Period Plan modified mortgage payment:

**Bank of America** Home Loans

**SHANNON CLARK**

Loan # ▮▮▮▮▮▮▮▮
Enclosed is my trial period mortgage payment amount of $1,173.05.

*Send your payment to:*

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

---

Please detach and include with your second month's Trial Period Plan modified mortgage payment:

**Bank of America** Home Loans

**SHANNON CLARK**

Loan # ▮▮▮▮▮▮▮▮
Enclosed is my trial period mortgage payment amount of $1,173.05.

*Send your payment to:*

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

---

Please detach and include with your first month's Trial Period Plan modified mortgage payment:
(If you have already made your first month's trial period payment, please disregard this coupon.)

**Bank of America** Home Loans

**SHANNON CLARK**

Loan # ▮▮▮▮▮▮▮▮
Enclosed is my trial period mortgage payment amount of $1,173.05.

*Send your payment to:*

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

C3_536-8b

# Exhibit C

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

+ 0405886 000003361 096C32 - 0080027
SHANNON CLARK



# HELPING YOU STAY IN YOUR HOME.

**HELP FOR AMERICA'S HOMEOWNERS.**



MAKING AFFORDABLE

relationships that work

# green tree

You may be able to make your payments more affordable.
Act now to get the help you need!

December 05, 2012

SHANNON CLARK

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Re: Green Tree Servicing LLC ("Green Tree")
   Account Number:
   Property Address:



Dear SHANNON CLARK:

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step towards qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do…**
To accept this offer, you must make your first monthly "trial period payment." To qualify for a permanent modification, you must make the following trial period payments in a timely manner:

| | | |
|---|---|---|
| 1st payment: | $1,381.76 | by 01/01/2013 |
| 2nd payment: | $1,381.76 | by 02/01/2013 |
| 3rd payment: | $1,381.76 | by 03/01/2013 |

After all trial period payments are timely made and you have submitted all of the required documents, your mortgage will then be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) **If each payment is not received by Green Tree in the month in which it is due, this offer will end and your loan will not be modified under the terms described in this offer.**

If you have any questions or if you cannot afford the trial period payments shown above but want to keep your property, or if you have decided to leave your property but still want to avoid foreclosure, please call us at 1-800-643-0202 as we may be able to help you. (Also, please review the attached "Frequently Asked Questions".)

Sincerely,

Green Tree
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

HAMP Trial Period Plan – Verified, 06/21/2012            YAHMPZ04  1.4            LTR-632

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices.

> The *Making Home Affordable Program* was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.



**FREQUENTLY ASKED QUESTIONS**  Get the answers you need to some of the most common questions.

Q. **What else should I know about this offer?**

- If you make your new payments timely, **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a trial period plan. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

Q. **Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

Q. **How was my new payment in the trial period determined?**

Your trial period payment is an affordable percentage of your total gross monthly income, which we determined to be $4,450.34 based on the income documentation you provided. Your trial period payment is based on an interest rate of 2.00000%. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $274.29; this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of $4.57 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 1-800-643-0202.

Q. **When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

Q. **Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

Q. **What if I have other questions about Home Affordable Modification that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



HAMP Trial Period Plan – Verified, 06/21/2012        YAHMPZ04  1.4        LTR-632

## Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, ==provided you have paid it on or before January 1, 2013.==  You and we agree that:

==**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan:**==

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.



- You agree that Green Tree will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment.  You also agree that Green Tree will not pay you interest on the amounts held in the account.  If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- Green Tree's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

==**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**==

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

# Exhibit D

1678_PSGSRL01  15019  04/24/2012

 

**Bank of America**
**Home Loans**

P.O. Box 5170
SIMI VALLEY, CA 93062-5170

0002153-0008609 LETRP 001 ------ 959567

SHANNON CLARK

Send Correspondence to:
P.O. Box 5170
Simi Valley, CA  93062-5170

Business Address:
450 American Street
Simi Valley, CA  93065-6285

**Notice Date:** August 28, 2012

**Loan No.:**

**Property Address:**



#8

---

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

Dear SHANNON CLARK,

We are writing to inform you that your mortgage loan noted above will be transferred to a new servicer for the handling of all loan servicing needs such as billing, payment processing, and customer support. **Beginning September 16, 2012, your new servicer will be Green Tree Servicing LLC.** The enclosed notice outlines the important dates and contact information you will need for the transition to your new servicer.

Please be assured that this transfer does not affect any other terms or conditions of your mortgage loan, only those terms related to the servicing of the loan. This servicing transfer only applies to the loan noted above. Other home loan accounts you may have with us will not be affected by this change unless you are specifically notified.

**WHAT THIS MEANS FOR YOU**

**Your loan number and payment information will change**
- Through September 15, 2012, you will continue to make your monthly payment as usual.
- Green Tree Servicing LLC will begin accepting payments on September 16, 2012. Around this date, please look for further information from Green Tree Servicing LLC, including your new loan number.
- If you have a payment due before you receive a billing statement from Green Tree Servicing LLC, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. (Until you receive a new loan number, you may write your old loan number on the check.)
- Any automatic payments set up with us through the PayPlan programs will be discontinued as of September 15, 2012. Please look for instructions from Green Tree Servicing LLC or contact them on or after September 16, 2012 to determine what payment options they may offer.
- If you make payments through Bank of America Online Banking or any online banking or bill payment service, you will need to update your loan number and payee information for Green Tree Servicing LLC on or after September 16, 2012.

**Your loan account access will no longer be available through Bank of America**
- You will no longer be able to make your payment at a Bank of America banking center on the mortgage loan being transferred. In addition, your mortgage loan information will not be available through Bank of America Online Banking.

If you have any questions or need assistance prior to September 16, 2012, please call Bank of America, N.A., toll-free at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

---

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Additional important information**
- If your payments include any **optional products or insurance** such as accidental death, home warranty, identity theft, unemployment insurance, etc., please read the enclosed notice carefully.
- For **customers currently participating in or being considered for a loan modification program,** we will transfer any supporting documentation you may have submitted to us to Green Tree Servicing LLC. You should continue to make your payments to Bank of America, N.A. through September 15, 2012. On or after September 16, 2012, your payments should be made to Green Tree Servicing LLC unless you are provided additional direction. All information regarding **other foreclosure avoidance programs** (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure) will also be forwarded to Green Tree Servicing LLC for processing. If your loan was awaiting a decision regarding qualification for these programs, that decision will now be made by Green Tree Servicing LLC. Please be advised that this transfer may extend the time needed for a final decision on pending modification or other foreclosure prevention program requests.

**Legal Notice**

As a result of this servicing transfer, we have enclosed the Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice. No action is required on your part in response to the notice, but we recommend you retain the notice for your records.

**THANK YOU**

Beginning September 16, 2012, Green Tree Servicing LLC can assist you with any questions related to your loan and the transfer of servicing. Green Tree Servicing LLC's Customer Service can be reached toll-free at 1-800-643-0202, 7am and 8pm Central Time, Monday - Friday, and 7am to 1pm Central Time on Saturday.

Thank you for your business. We appreciate the opportunity to have served your home loan needs.

Home Loan Team
Bank of America, N.A.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt or demand a payment.

Loan No.: ▮▮▮▮▮▮▮▮▮                                        Notice Date:  August 28, 2012

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **Green Tree Servicing LLC**, effective October 01, 2012.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

**YOUR SERVICER PRIOR TO SEPTEMBER 16, 2012:**

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time. This is a toll-free number.

**YOUR NEW SERVICER ON AND AFTER SEPTEMBER 16, 2012:**

Your *new servicer* will be **Green Tree Servicing LLC**. The business address for **Green Tree Servicing LLC** is: 345 St. Peter Street St. Paul MN  55102.

Toll-free Number
The toll-free telephone number of **Green Tree Servicing LLC** is 1-800-643-0202. If you have any questions relating to the transfer of servicing to your new servicer, please call **Green Tree Servicing LLC** Customer Service toll-free at 1-800-643-0202, 7am and 8pm Central Time, Monday - Friday, and 7am to 1pm Central Time on Saturday.

Address for Correspondence (other than payments)
The address to send written correspondence to **Green Tree Servicing LLC** (other than payments) is:
Green Tree Servicing LLC, P.O. Box 6172  Rapid City SD  57709-6172.

Address for Mailed Payments
The address to send payments to **Green Tree Servicing LLC** is:
Green Tree Servicing LLC, P.O. Box 94710 Palatine IL  60094-4710. Please include your loan number on all checks, cashier's checks and other payments sent to **Green Tree Servicing LLC**.

**INFORMATION CONCERNING YOUR LOAN PAYMENTS:**

The date that **Bank of America, N.A.** will stop accepting payments from you is September 15, 2012.

The date that your *new servicer* **Green Tree Servicing LLC** will start accepting payments from you is September 16, 2012. Send all payments due on or after that date to your *new servicer*.

**INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:**

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage will be cancelled.

You should take the following action to maintain coverage: Coverage will be cancelled. To see if it is possible to maintain coverage, you will need to contact your *new servicer* to discuss coverage options. You may also contact your insurance provider to find out if other billing options can be arranged.

0002153-0008611 LETRP 001 ------ 95▮▮▮▮  **SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**ABOUT YOUR RIGHTS UNDER RESPA**

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America, N.A.'s servicing of your loan, it must be sent to this address:

Bank of America, N.A.
Customer Service Correspondence, CA6-919-01-41
P.O. Box 5170
SIMI VALLEY, CA 93062-5170

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Bank of America, N.A. Member FDIC.  Equal Housing Lender.  © 2012 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.  Some products may not be available in all states.  This is not a commitment to lend.  Restrictions apply.