# GROUP EXHIBIT I

# EXHIBIT I - 1

**HELP FOR AMERICA'S ..OMEOWNERS.**


MAKING        AFFORDABLE

relationships that work
# green tree

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Date of Notice: May 28, 2013

SHANNON CLARK



Re: Green Tree Servicing LLC ("Green Tree")
   Account Number:
   Property Address:

Dear SHANNON CLARK:

As the Servicer of your Loan, we want to work with you to avoid foreclosure. That's why we are offering you the opportunity to qualify for a short sale or deed-in-lieu of foreclosure. You may be eligible for participation in the federal government's **Home Affordable Foreclosure Alternatives** (HAFA) Program, or you may be eligible for a short sale or deed-in-lieu of foreclosure under other programs we offer.

**Short Sale**
A short sale, also known as a pre-foreclosure sale, is the sale of a property for less than the balance remaining on the mortgage loan secured by the property. With a short sale, the mortgage lender agrees to release its mortgage lien on the property when it receives the proceeds of the sale of the property, even though the proceeds are less than the mortgage loan balance. Benefits to you may include:
- Avoiding foreclosure
- Satisfying the outstanding balance on your Loan
- Receiving a cash payment in the amount of $3,000 to use toward moving or other expenses

**Deed-in-Lieu of Foreclosure (DIL)**
With a DIL, you voluntarily transfer ownership of your property to your mortgage lender to satisfy your Loan. Benefits to you may include:
- Avoiding foreclosure
- Satisfying the outstanding balance on your Loan
- Receiving a cash payment in the amount of $3,000 to use toward moving or other expenses

If you are interested in a short sale or deed-in-lieu of foreclosure, complete the enclosed **Foreclosure Alternatives Assistance** form and return it back to us by 06/11/2013. You can use the enclosed envelope and return to 7360 South Kyrene Road, T214, Tempe, AZ 85283, or send via fax to (480) 383-0539 or contact us at 1-800-643-0202 to begin the process. *Note: there is no guarantee that you will qualify for a particular foreclosure alternative. Foreclosure proceedings will not be canceled or postponed while foreclosure alternatives are being considered.*

**Avoid Foreclosure—Respond Today**
Don't delay. To take advantage of this opportunity, you must act quickly. Please contact us today to begin the process. Additionally, you can also call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673) for assistance. They offer free HUD-certified counseling services in English and Spanish, and can help answer any questions you have.

Sincerely,

Green Tree



This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Green Tree Servicing LLC ("Servicer")
SHANNON CLARK ("Borrower")
10170 W BERRY DR ("Property")
LITTLETON, CO  80127

893862714 ("Loan")

## FORECLOSURE ALTERNATIVES ASSISTANCE

Please check the box(es) below if you are interested in a short sale or deed-in-lieu of foreclosure:

[ ] Yes, I am interested in a short sale.

[ ] Yes, I am interested in a deed-in-lieu of foreclosure (DIL).

[ ] Yes, I am interested in a DIL and would like to be considered for a lease of the Property.

Please contact me at _____ to discuss these foreclosure alternatives.

_____     _____     _____     _____
Borrower Signature                                Date        Co- Borrower Signature                             Date

_____                  _____
Printed Name                                                Printed Name

**Please respond by 06/11/2013 by:**
- Returning the completed Foreclosure Alternatives Assistance form in the enclosed envelope at 7360 South Kyrene Road,  T214, Tempe, AZ 85283, or
- Faxing the completed Foreclosure Alternatives Assistance form to (480) 383-0539, or
- Contacting us at 1-800-643-0202.

If you would like to speak with a counselor about this program, call Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673) for assistance.  The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish.  Other languages are available by appointment.

# EXHIBIT I - 2

COLORADO
Land Home

Green Tree Servicing LLC
800-643-0202
9600 Center Ave. Suite 160
Rancho Cucamonga, CA 91730

relationships that work

# green tree

+ 0432111 000002612 09GC08 0057478
SHANNON CLARK

Account No: █████

NOTICE OF DEFAULT
AND
RIGHT TO CURE DEFAULT

Date of Notice: 06/05/2013
Creditor: Green Tree Servicing LLC

Brief identification of credit transaction: Loan Secured by Real Property

You are now in default on this credit transaction. You have the right to correct this default by 07/05/2013.

If you correct the default, you may continue with the contract as though you did not default.

**Your default consists of:** 12 payments past due (plus $0.00 in fees and charges) totaling $15,146.57.

**Cure of default:** You may cure your default on or before 07/05/2013 by paying $15,146.57, which consists of 15,146.57 for past due payments and $0.00 for late charges, or by doing the following: _____NA_____.

You are advised, pursuant to C.R.S.§ 38-38-102.5 you may seek help by contacting the Colorado Foreclosure Hotline at 1-877-601-HOPE (1-877-601-4673). You may also call Green Tree Servicing LLC ("Green Tree") at 800-643-0202 and follow the automated system directions to speak with a loss mitigation representative.

**Creditors rights:** If you do not correct your default in the time allowed, the creditor may exercise its rights against you under the law by taking legal action to repossess or foreclose on its collateral.

If you fail to cure the total amount of your default by 07/05/2013, the maturity of this contract is automatically accelerated and full payment of the contract in the amount of $264,632.40 shall be due and payable without any further notice from the creditor. Additional expenses, interest and charges accrued after the date of this notice shall also be due and payable.

If you have any questions, write Green Tree at the above address or call the number provided.

If this default was caused by your failure to make a payment or payments, and you want to pay by mail, send a cashier's check or money order. Do not send cash. Other payment arrangements may be made by contacting Green Tree.

*This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.*

CO Land Home                              YHNODCO3 1.0                              2 09

# EXHIBIT I - 3

relationships that work

# green tree

Green Tree Servicing LLC
9600 Center Ave. Suite 160
Rancho Cucamonga, CA 91730

June 05, 2013

+ 0432111 000003470 096C19 - 0069371
SHANNON CLARK

### Notification of Availability of Homeownership Counseling

RE: Loan No:
Servicer: **Green Tree Servicing LLC ("Green Tree")**
AMOUNT PAST DUE: $15,146.57
LATE FEES: $0.00

Dear Borrower:

Under Federal Law, you may be eligible for Homeownership Counseling. In an effort to assist you, Green Tree is required to notify you of your option to receive homeownership counseling. To be eligible for such counseling, you must be one who has a home loan:

- Secured by your principal residence; that is, a one family residence whether house, condominium, cooperative, or manufactured home and lot on which the house is situated;
- Not assisted under Title V of the Housing Act of 1949, i.e. farm loan; and,
- That you are unable to make payments or are expected to be unable to make payments, correct a home loan delinquency within a reasonable time, or resume full home loan payments due to a reduction in, your employment, your self-employment, or income from pursuit of your occupation, or any similar loss of reduction experienced by any person who contributes to your income.

Green Tree does not offer homeownership counseling. However, such services are provided by non-profit organizations approved by the Secretary of the United States Department of Housing and Urban Development ("HUD") and experienced in the provision of Homeownership Counseling. You can obtain a list of HUD approved agencies in your area by calling toll-free 1-800-569-4287.

Our primary goal is to help you continue to experience the pride of homeownership. The longer you wait to contact us, the fewer options you will have available. If you provide Green Tree with some basic information as soon as possible, it may enable us to find a program or solution that best suits your needs.

In the event that you do not qualify for a home retention program or simply do not wish to retain your home, we can also assist in exploring all of the non-retention programs that are available to you.

You are not released from your obligation to Green Tree. You must still promptly resolve your loan default as described in the Notice of Default and Right to Cure to avoid further action by Green Tree.

While we offer a variety of resolutions for continuing homeownership, we also recommend that you seek guidance on all other debts from the Consumer Credit Counseling Service by calling (800) 643-0202.

Please gather all financial information related to your monthly income and expenses and contact our office. If you have any questions, please feel free to contact Green Tree at (800) 643-0202, Monday through Friday between the hours of 9 and 5 Mountain Time. You may also contact Green Tree in writing at the above-referenced address.

Sincerely,

Green Tree
cc: Customer File

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

## United States Department of Housing and Urban Development
## Servicemembers Civil Relief Act Notice

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their spouses.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service, and for a one-year period following the end of the service member's military service.
- The SCRA states that, in a legal action to enforce a debt against real estate that is filed during, or within 9 months after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 9 months after the servicemember's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA, a servicemember or spouse, or both, must provide a written request to the lender, together with a copy of the servicememeber's military orders. Send Green Tree requests to: PO Box 6172, Rapid City, SD 57709-6172.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- The U. S. Department of Defense's information resource is "Military One Source."
  Website:   http://www.militaryonesource.com
  The toll-free telephone numbers for Military One Source are:
  o   From the United States: 1-800-342-9647
  o   From outside the United States (with applicable access code): 1-800-342-9647
  o   International collect (through long distance operator): 1-484-530-5908
- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at:
  http://legalassistance.law.af.mil/content/locator.php.

+0432111 000003470 09GC19 - 0069371

# EXHIBIT I - 4

relationships that work are
# green tree

June 17, 2013

SHANNON CLARK

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172
1-800-643-0202
Fax 1-866-870-9919
GTServicing.com

Re: Green Tree Servicing LLC ("Green Tree")
    Account Number: ▉▉▉▉▉▉
    Property Address: 10170 W BERRY DR
                              LITTLETON, CO 80127

Dear SHANNON CLARK:

You are receiving this notice because your mortgage is in default, and your property will be referred to foreclosure.

Green Tree services the mortgage account on your property located at the above-referenced address. You signed and executed a promissory note secured by a Mortgage or Deed of Trust ("the security instrument") in which you agreed to repay your debt at agreed upon terms. Because you have not fulfilled the terms of this agreement, Green Tree has the right and intends to initiate foreclosure action on the mortgaged property. The owner of your loan is: CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4.

Green Tree is providing you an itemized account summary setting forth each of the following items, to the extent applicable:

1. Account Status as of 06/17/2013:

   - The total amount needed to reinstate or bring the account current is $15,146.57.  Please note this amount is subject to change.  Please call us for the most current amount.
   - The amount of the principal obligation under the mortgage is $243,046.34.
   - The date through which the account is paid is 06/01/2012.
   - The date of the last full payment was 06/03/2013.
   - The current interest rate in effect for the account is 6.25000%.
   - The date on which the interest rate may next reset or adjust is Not Applicable.
   - The amount of any prepayment fee (not included in the reinstatement amount) to be charged if any is Not Applicable.
   - The amount of late payment fees included in the above reinstatement amount is $.00.

2. Availability of Loss Mitigation Options:

   Unless you have directed us not to contact you, Green Tree has made good faith efforts to contact you by telephone and/or mail to review your eligibility for alternatives to foreclosure.  According to our records, with respect to this event of default:

   - We have been unable to contact you or we have not yet received a complete initial package / borrower response package from you to consider you for a loan modification.
   - You did not qualify for a loan modification, your most recent loan modification application has been denied, or you did not complete the trial plan for a loan modification.
   - You have stated that you are not interested in pursuing an available loan modification or you have not accepted our loan modification offer.

3. Borrowers Responsibilities:

   - If you continue to occupy the property, you have the responsibility to maintain the property and an obligation to continue paying taxes owed until a sale or title transfer occurs.
   - If you wish to surrender the property, you must contact Green Tree to discuss alternatives to foreclosure under which you may, if eligible, surrender the property to Green Tree in exchange for compensation.



14-Day (Right to Foreclose) Letter. 09/12/2012      YAFCLZ01 1.0      LTR-184

# EXHIBIT I - 5

relationships that work

# green tree

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Date of Notice: June 19, 2013

SHANNON CLARK

Re: Green Tree Servicing LLC ("Green Tree")
  Account Number:
  Property Address:



Dear SHANNON CLARK,

Green Tree has not received a response from you regarding your opportunities for loss mitigation assistance. Our goal is to ensure that you have every opportunity to retain your home. However, in order for us to get started, we need additional information from you.

As of the date of this letter, we have undertaken the following loss mitigation efforts prior to foreclosure:

   National Homeownership Retention Program Home Affordable Modification Program

If your situation was caused by circumstances beyond your control which created a financial hardship, there may be alternatives available to you. Please contact us immediately to determine your eligibility for one of the following programs:

- Home Affordable Modification
- Forbearance
- Green Tree Account Workout
- Short Sale
- Deed-in-Lieu of Foreclosure.

The modification may involve some or all of the following changes to your mortgage account:

- Bringing your account current
- Reducing the interest rate on your account
- Extending the term of the account, and/or
- Delaying your repayment of a portion of the mortgage principal until the end of the account term.

You should have already received in the mail a form outlining the necessary documentation required to start the loss mitigation assistance process. Please gather all financial information related to your monthly income and expenses, and mail or fax the completed package and proof of income to:

Green Tree Servicing LLC
Attention: Loss Mitigation, T214
7360 S. Kyrene Road
Tempe, AZ 85283
Fax: (480) 383-0539

If you need an additional form required to complete the package, or if you have any other questions, please contact us at 1-800-643-0202, Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST.

# EXHIBIT I - 6

**HELP FOR AMERICA'S HOMEOWNERS.**



relationships that work.

# green tree

P.O. Box 6172
Rapid City, SD 57709-6172
Tel 1-800-643-0202
GTServicing.com

July 17, 2013

SHANNON CLARK

You may be able to make your payments more affordable.
**Act now to get the help you need!**

Account #: ▮▮▮▮▮▮

Certified Mail Receipt No. 71067112169026036822

There is help available if you are having difficulty making your mortgage loan payments. You may be eligible for the Home Affordable Modification Program ("HAMP"), part of the initiative announced by President Obama to help homeowners.

**As your mortgage loan servicer, we will work with you in an effort to make your mortgage payment affordable. You will not pay any fees to take advantage of this opportunity to modify your mortgage loan payment and keep your home. Now is the time to act. We are ready to help you.**

**Here's how it works:** We will first determine if you are eligible based on your situation. To conduct this evaluation, we need you to submit an Initial Package consisting of a Request for Mortgage Assistance form (including all necessary certifications), an IRS Form 4506T-EZ or Form 4506-T, and documentary evidence of all income. You may obtain the Request for Mortgage Assistance form and the IRS Form 4506T-EZ or Form 4506-T from www.HMPadmin.com.

If the Initial Package is received later than 30 calendar days prior to the scheduled foreclosure sale date, the foreclosure sale will be suspended pending eligibility for HAMP. If you are eligible for HAMP, you will be required to complete a trial period plan. If you fail to make the required payments or if you are found ineligible for HAMP, we will proceed with the foreclosure sale.

If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and then determine an affordable mortgage payment. Examples of the monthly income and additional documents you may be required to submit includes:

**For each borrower who receives a salary or hourly wage:**
- Copy of your two most recent pay stubs that show year-to-date earnings (not more than 90 days old at the time of submission).

**For each borrower who is self-employed:**
- Most recent quarterly or year-to-date profit/loss statement.

**For each borrower who has income such as Social Security, disability, or death benefits, pension, adoption assistance, public assistance or unemployment:**
- Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit, and
- Two most recent bank statements showing receipt of such payment.

**For each borrower who is relying on alimony, child support or separation maintenance as qualifying income\*:**
- Copy of divorce decree, separation agreement, other written agreement filed with the court, or decree that states the amount and period of time over which it will be received, and
- Two most recent bank statements showing receipt of such payment.

\*You are not required to disclose child support, alimony or separation maintenance income unless you choose to have it considered by Green Tree.

- Loan Modification – A modification is when the delinquent amounts are added back to the account balance and/or a temporary reduction in the interest rate to assist in bringing the account back to a current status.

- Short Sale – A short sale allows you to avoid foreclosure by selling your property and paying off your account. If you sell your property for less than the total amount owed on the account (subject to the terms of the offer), we will accept that amount as full satisfaction of your loan. Taking this action will not save your home, but Green Tree may pay you cash upon completion of the sale of your home.

- HAFA Short Sale – If you are unable to afford your first mortgage and want to sell your home, a short sale under the Home Affordable Foreclosure Alternatives Program ("HAFA") is specifically designed to help you avoid foreclosure even if the sale price may not pay off the amount owed on the mortgage. A short sale requires a number of parties (you, the buyer, your real estate broker and sometimes mortgage insurance companies and other lenders) to work together to make this option successful. However, it could be a good solution for your current situation.

- Deed-In-Lieu of Foreclosure – A deed-in-lieu of foreclosure would allow you to voluntarily deed your property to Green Tree in order to satisfy the account. Taking this action will not save your home, but Green Tree may pay you cash upon completion of the Program.

- HAFA Deed-In-Lieu of Foreclosure – If you are unable to afford your first mortgage, a deed-in-lieu of foreclosure under the Home Affordable Foreclosure Alternatives Program ("HAFA") is specifically designed to help you avoid foreclosure. You voluntarily transfer ownership of your home and all real property secured by your mortgage loan (property) to Green Tree to satisfy the total amount due on the first mortgage.

- Deed-for-Lease Program – A program designed to minimize family displacement, deterioration of neighborhoods caused by vandalism and theft to vacant homes, and the effect these have on families, communities and home price stabilization. Deed-for-Lease Program allows qualifying borrowers of properties transferred through deed-in-lieu of foreclosure (DIL) to remain in their home and community by executing a lease of up to 12 months in conjunction with a DIL.

- Forbearance – A forbearance is when the lender delays its right to exercise foreclosure if the borrower can catch up to his payment schedule in a certain time.

Green Tree may pay you cash to sell or vacate your home. If you complete all the requirements of the program, including either our short sale or deed-in-lieu transaction documents, you may be paid a one-time only cash payment upon completion of the program. The program details, any information/documentation required and the amount of money we may be able to pay you upon completion of the program will be discussed when you contact Green Tree.

Our primary goal is to help you continue to experience the pride of homeownership. The longer you wait to contact us, the fewer options you will have. If you provide Green Tree with the information as soon as possible, it will help us find a solution that best fits your needs.

While we offer a variety of resolutions for continuing homeownership, we also recommend you seek guidance on all other debts from the Consumer Credit Counseling Services by contacting 1-866-857-3092.

### STEP 2  CONTACT US

We want to make modifying your mortgage loan as easy as possible. However, you must take the first step by contacting us at 1-877-631-0572. You may also write to us at the address at the bottom of this letter. Be sure to include the above-referenced information.

Green Tree Servicing LLC<br>
Attention: Loss Mitigation, T214<br>
7360 South Kyrene Road<br>
Tempe, AZ 85283<br>
Fax: 1-877-371-5404

Please gather all financial information related to your monthly income and expenses and contact our office.

Counseling is available at no charge from HUD-approved counselors through the HOPE Hotline: 1-888-995-HOPE. This housing counseling on-demand service is available 24-hours a day/7-days a week in Spanish and English (other languages available on request). You may also visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/.