# EXHIBIT J

# green tree

September 20, 2013

Green Tree Servicing LLC
PO Box 6172
Mailstop R299
Rapid City, SD 57709-6172
1-855-858-3873
Fax 1-855-895-4481
HAMPDisputes@GreenTreeCreditSolutions.com

SHANNON CLARK

Account #:
Case Reference #: Casemgmt- 809

Dear Shannon Clark,

Green Tree Servicing LLC ("Green Tree") has completed a review of the above-referenced inquiry or dispute case number. Green Tree has determined the following:

Green Tree Servicing LLC received your correspondence regarding continued participation in the Home Affordable Modification Program (HAMP). Green Tree is pleased to have the opportunity to respond and we appreciate you contacting us to discuss your concerns. As you are aware, an error was detected on the modification agreement sent on March 20, 2013. A revised modification agreement was provided to you on July 19, 2013 to correct the terms and conditions of the plan. The previous agreement executed by Borrower and Lender are void and of no legal effect. If you elect not to sign the corrected agreement, the terms of your original loan documents shall continue and you will not be eligible for a modification under the HAMP. *Reference Section 4 (Additional Agreements) Paragraph K of the Modification Agreement.* If you have any questions regarding this decision, contact your account representative Audelia E. at 1-800-643-0202 extension 61734.

If you have any additional questions, please call us toll-free at 1-855-858-3873, Monday – Friday 8 a.m. to 4 p.m. MST.

Respectfully,

Green Tree

/smk/46/s

*This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.*

HAMP Dispute Resolution Letter, 02/11/2011

LTR-641

# EXHIBIT K



**GREEN TREE** #
POB 6172
RAPID CITY, SD 55709
(800) 643-0202

| | | |
|---|---|---|
| Date Opened: | 08/09/2005 | Loan Type:Updated: CONV/UNKNOWN/REAL |
| Responsibility: | Individual Account | Last Payment Made STATU6/0S/2013 |
| Account Type: | Mortgage Account | |

| Pay Status: | >Account 120 Days Past Due Date< |
|---|---|
| Terms: | $1,265 per month, paid Monthly for 360 months |

>Maximum Delinquency of 120 days in 09/2012 for $6,325 and in 07/2013 for $16,445<

**High Balance:** High balance of $234,180 from 09/2012 to 03/2013; $259,991 from 04/2013 to 04/2013; $234,180 from 05/2013 to 07/2013
**Estimated month and year that this item will be removed:** 05/2019

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $243,046 | $243,046 | $243,046 | $258,196 | $243,046 | $243,046 | $243,046 | $243,046 | $243,046 | $243,046 |
| Amount Due | $1,265 | $1,265 | $1,265 | $1,102 | $1,265 | $1,265 | $1,265 | $1,265 | $1,265 | $1,265 |
| Past Due | $16,445 | $13,915 | $13,752 | $0 | $11,385 | $11,385 | $11,385 | $10,120 | $8,855 | $7,590 |
| Remarks | | | | | PPA | PPA | PPA | PPA | >FPI< | >FPI< |
| Rating | 120 | 120 | 120 | OK | 120 | 120 | 120 | 120 | 120 | 120 |

| | 09/2012 |
|---|---|
| Balance | $243,046 |
| Amount Due | $1,265 |
| Past Due | $6,325 |
| Rating | 120 |

TransUnion

**GREEN TREE SERVICING**
Address:                          Account Number:
332 MINNESOTA ST STE 610
SAINT PAUL, MN 55101
(855) 812-1402
Address Identification Number:
0153051438

Status: Open. $16,445 past due as of Jul 2013.          Status Details: By Feb 2020, this account is scheduled to go to a positive status.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 08/2005 | Mortgage | $234,180 |
| Reported Since: | Terms: | High Balance: |
| 09/2012 | 2 Years | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 05/2013 | $1,265 | $243,046 as of 07/2013 |
| Last Reported: | Responsibility: | Recent Payment: |
| 07/2013 | Individual | $0 |

Payment History:

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 2013 |  |  |  |  |  |  | 2012 |  |  |
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| 180 | 180 | 180 | OK | FS | FS | FS | FS | FS | FS | 150 |

Account History:
Foreclosure proceedings started as of Oct 2012 to Mar 2013
180 days past due as of May 2013 to Jul 2013
150 days past due as of Sep 2012

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jun 2013: $243,046 / June 3, 2013 / $1,265 / no data
May 2013: $243,046 / May 28, 2013 / $1,265 / no data
Apr 2013: $258,196 / April 26, 2013 / $1,102 / no data
Mar 2013: $243,046 / March 14, 2013 / $1,265 / no data
Feb 2013: $243,046 / February 14, 2013 / $1,265 / no data
Jan 2013: $243,046 / April 30, 2012 / $1,265 / no data
Dec 2012: $243,046 / April 30, 2012 / $1,265 / no data
Nov 2012: $243,046 / April 30, 2012 / $1,265 / no data
Oct 2012: $243,046 / April 30, 2012 / $1,265 / no data
Sep 2012: $243,046 / April 30, 2012 / $1,265 / no data

The original amount of this account was $234,180