# GROUP EXHIBIT L

# EXHIBIT L - 1

## relationships that work
## green tree

PO Box 6172
Rapid City, SD 57709-6172

**MONTHLY BILLING STATEMENT**

### Account Information

| | |
|---|---|
| Account # | |
| Billing Date: | 09/06/2013 |
| Year To Date Interest Paid: | $ 5,063.48 |
| Escrow Balance*: | $ -1,841.85 |
| Late Fee Balance: | $ 48.88 |
| Corporate Advance Balance**: | $ 5,504.98 |
| Unapplied Funds Balance: | $ 1,008.74 |
| Incentive Accrual Balance: | $ 244.44 |
| Principal Balance***: | $ 243,046.34 |

#BWNKDVR
#INENIIKI9#

+ 0444709 000125451 09GT01-055880-P8
SHANNON CLARK

**NEXT PAYMENT DUE DATE: 10/01/2013**

| | |
|---|---|
| Current Payment: | $ 1,265.87 |
| Past Due Payment: | $ 17,722.18 |
| Escrow Due: | $ 1,920.03 |
| Insurance Due: | |
| Additional Charges Due: | $ 3,795.95 |
| Billed Late Charges: | $ 48.88 |
| **Total Amount Due:** | **$ 24,752.91** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.
**Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account
***This is not the amount required to pay your account in full.

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

### IMPORTANT MESSAGES

Contact AUDELIA E. at 1-800-643-0202, extension 61734.

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR ACCOUNT IS SERIOUSLY PAST DUE! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

A late charge will be assessed if payment is not received within 15 days after the due date listed above.

You have an unapplied funds balance due to a partial payment.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 09/06/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/2013 | | 2,531.74 | | | | | | | |
| 08/04/2013 | | | | | | | | | |
| 07/08/2013 | | | | | | | | | |

*004582*

---

Detach and return this portion with remittance

## green tree
### relationships that work

-Please make checks payable to Green Tree-
**ACCOUNT NUMBER**

Receipt of a personal check is authorization to collect payment electronically.



| Extra Amt to Escrow | Extra Amt to Late Fees |
|---|---|
| ☐☐☐☐.☐☐ | ☐☐☐☐.☐☐ |

| | |
|---|---|
| PAYMENT DUE DATE | 10/01/2013 |
| TOTAL PAYMENT DUE | 24,752.91 |
| TOTAL ENCLOSED $ | ☐☐,☐☐☐.☐☐ |

Enter total amount of payment enclosed

Shannon Clark

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

89386271  4   00126587      0002475291

# EXHIBIT L - 2

**green tree**
relationships that work

PO Box 6172
Rapid City, SD 57709-6172

#BWNKDVR
#INENIIKI9#

+ 0440408 000127168 09GT01-055880-P7P8
SHANNON CLARK


*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.
**Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
***This is not the amount required to pay your account in full.

## MONTHLY BILLING STATEMENT

### Account Information

| | |
|---|---|
| Account # | |
| Billing Date: | 08/06/2013 |
| Year To Date Interest Paid: | $ 2,531.74 |
| Escrow Balance*: | $ -1,841.85 |
| Late Fee Balance: | $ 24.44 |
| Corporate Advance Balance**: | $ 5,504.98 |
| Unapplied Funds Balance: | $ 776.96 |
| Incentive Accrual Balance: | $ 244.44 |
| Principal Balance***: | $ 243,046.34 |

**NEXT PAYMENT DUE DATE: 09/01/2013**

| | |
|---|---|
| Current Payment: | $ 1,265.87 |
| Past Due Payment: | $ 18,988.05 |
| Escrow Due: | $ 1,645.74 |
| Insurance Due: | |
| Additional Charges Due: | $ 58.42 |
| Billed Late Charges: | $ 24.44 |
| **Total Amount Due:** | **$ 21,982.52** |

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

### IMPORTANT MESSAGES

Contact AUDELIA E. at 1-800-643-0202, extension 61734.

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

A late charge will be assessed if payment is not received within 15 days after the due date listed above.

You have an unapplied funds balance due to a partial payment.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 08/06/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/03/2013 | -1,265.87 | | | | | | | | |

INSURANCE

*00C442*

---

Detach and return this portion with remittance

**-Please make checks payable to Green Tree-**
**ACCOUNT NUMBER**

Receipt of a personal check is authorization to collect payment electronically.

**green tree**
relationships that work

| | |
|---|---|
| PAYMENT DUE DATE | 09/01/2013 |
| TOTAL PAYMENT DUE | 21,982.52 |
| TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Extra Amt to Escrow
Extra Amt to Late Fees

Shannon Clark

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

89386271  4   00126587   0002198252

# EXHIBIT L - 3

## green tree
*relationships that work*

PO Box 6172
Rapid City, SD 57709-6172

**MONTHLY BILLING STATEMENT**

### Account Information

| | |
|---|---|
| Account #: | [redacted] |
| Billing Date: | 07/06/2013 |
| Year To Date Interest Paid: | $ 3,797.61 |
| Escrow Balance*: | $ -1,841.85 |
| Corporate Advance Balance**: | $ 5,504.98 |
| Unapplied Funds Balance: | $ 892.85 |
| Incentive Accrual Balance: | $ 244.44 |
| Principal Balance***: | $ 243,046.34 |

#BWNKDVR
#INENIIKI9#

+ 0436396 000121943 09GT01-055880-P8
SHANNON CLARK
[redacted]

**NEXT PAYMENT DUE DATE: 08/01/2013**

| | |
|---|---|
| Current Payment: | $ 1,265.87 |
| Past Due Payment: | $ 16,456.31 |
| Escrow Due: | $ 1,371.45 |
| Insurance Due: | |
| Additional Charges Due: | $ 47.65 |
| Billed Late Charges: | |
| **Total Amount Due:** | **$ 19,141.28** |

\*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance
\*\*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account
\*\*\*This is not the amount required to pay your account in full

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

### IMPORTANT MESSAGES

Contact AUDELIA E. at 1-800-643-0202, extension 61734.

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

A late charge will be assessed if payment is not received within 15 days after the due date listed above.

You have an unapplied funds balance due to a partial payment.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 07/06/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/26/2013 | | | | | | | | | -1,490.71 |

*004442*

---

*Detach and return this portion with remittance*

-Please make checks payable to Green Tree-
**ACCOUNT NUMBER** [redacted]
Receipt of a personal check is authorization to collect payment electronically.



## green tree
*relationships that work*

Extra Amt to Escrow
[    ][    ][    ].[    ][    ]

| PAYMENT DUE DATE | 08/01/2013 |
|---|---|
| TOTAL PAYMENT DUE | 19,141.28 |
| TOTAL ENCLOSED $ | [    ][    ],[    ][    ][    ].[    ][    ] |

Enter total amount of payment enclosed

Shannon Clark
[redacted]

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

89386271  4   00126587    0001914128

# EXHIBIT L - 4

**relationships that work**
# green tree

PO Box 6172
Rapid City, SD 57709-6172

**MONTHLY BILLING STATEMENT**
**Account Information**

| | |
|---|---|
| Account #: | |
| Billing Date: | 06/06/2013 |
| Year To Date Interest Paid: | $ 3,797.61 |
| Escrow Balance*: | $ -351.14 |
| Corporate Advance Balance**: | $ 5,504.98 |
| Unapplied Funds Balance: | $ 892.85 |
| Incentive Accrual Balance: | $ 244.44 |
| Principal Balance***: | $ 243,046.34 |

#BWNKDVR
#INENIIKI9#

+ 0432336 000116410 09GT01-055880-P8
SHANNON CLARK

**NEXT PAYMENT DUE DATE: 07/01/2013**

| | |
|---|---|
| Current Payment: | $ 1,265.87 |
| Past Due Payment: | $ 15,190.44 |
| Escrow Due: | $ 1,097.16 |
| Insurance Due: | |
| Additional Charges Due: | $ 36.88 |
| Billed Late Charges: | |
| **Total Amount Due:** | **$ 17,590.35** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.
**Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account
***This is not the amount required to pay your account in full

## GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

## IMPORTANT MESSAGES

Contact AUDELIA E. at 1-800-643-0202, extension 61734.

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

A late charge will be assessed if payment is not received within 15 days after the due date listed above.

You have an unapplied funds balance due to a partial payment.

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 06/06/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/04/2013 | | | | | | | | | -1,044.83 |
| 06/03/2013 | | 1,265.87 | | | | | | | |
| 05/28/2013 & Prior | 16,273.69 | -13,090.15 | -1,123.05 | | -7,794.67 | | | -10,051.00 | -274.29 |

*004442*

---

Detach and return this portion with remittance

**relationships that work**
# green tree

-Please make checks payable to Green Tree-
**ACCOUNT NUMBER**
Receipt of a personal check is authorization to collect payment electronically.

EQUAL HOUSING LENDER

Extra Amt to Escrow
[ ][ ][ ][ ].[ ][ ]

| PAYMENT DUE DATE | 07/01/2013 |
|---|---|
| TOTAL PAYMENT DUE | 17,590.35 |
| TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Shannon Clark

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

89386271 4  00126587  0001759035

# EXHIBIT L - 5

**relationships that work**
# green tree

PO Box 6172
Rapid City, SD 57709-6172

#BWNKDVR
#INENIIKI9#

+ 0428214 000109528 09GT01-055880-P1P2P8
SHANNON CLARK

## MONTHLY BILLING STATEMENT
### Account Information

| | |
|---|---|
| Account # | |
| Billing Date: | 05/06/2013 |
| Year To Date Interest Paid: | $ 2,963.19 |
| Escrow Balance*: | $ 967.98 |
| Corporate Advance Balance**: | $ 318.01 |
| Incentive Accrual Balance: | $ 325.92 |
| Principal Balance***: | $ 258,196.98 |

### NEXT PAYMENT DUE DATE: 06/01/2013

| | |
|---|---|
| Current Payment: | $ 1,102.90 |
| Past Due Payment: | $ 1,102.90 |
| Escrow Due: | $ 548.58 |
| Insurance Due: | |
| Additional Charges Due: | $ 21.54 |
| Billed Late Charges: | |
| **Total Amount Due:** | **$ 2,775.92** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance
**Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
***This is not the amount required to pay your account in full.

### GENERAL INFORMATION
**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

### IMPORTANT MESSAGES

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

A late charge will be assessed if payment is not received within 15 days after the due date listed above.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 05/06/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/2013 | 671.45 | 431.45 | | | | | | 4.57 | 274.29 |
| 03/01/2013 | -16,945.14 | 12,658.70 | 1,123.05 | | | | | 17,841.10 | |

*004582*

---

Detach and return this portion with remittance

**relationships that work**
# green tree

**-Please make checks payable to Green Tree-**
**ACCOUNT NUMBER**
Receipt of a personal check is authorization to collect payment electronically.

Extra Amt to Escrow     Extra Amt to Principal

| PAYMENT DUE DATE | 06/01/2013 |
|---|---|
| TOTAL PAYMENT DUE | 2,775.92 |
| TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Shannon Clark

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

89386271 4   00110290   0000277592