# Exhibit M

**green tree**
relationships that work

PO Box 6172
Rapid City, SD 57709-6172

Tel 1-800-643-0202
GTServicing.com

+ 0396145 000003239 096TR5 0056428 E

October 1, 2012

SHANNON CLARK

Re: Green Tree Servicing LLC* ("Green Tree") Account No.:
Creditor: CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4

Dear Valued Customer:

The servicing of your account was transferred from Bank of America N.A. to Green Tree on September 16, 2012. We are pleased to welcome you to Green Tree.

As your new servicer for the referenced account, Green Tree is required to inform you of the following important notice regarding your rights under federal law:

> AS OF SEPTEMBER 15, 2012, YOU OWE $253,090.90. BECAUSE OF INTEREST, LATE CHARGES, AND OTHER CHARGES THAT MAY VARY FROM DAY TO DAY, THE AMOUNT DUE ON THE DAY YOU PAY MAY BE GREATER. HENCE, IF YOU PAY THE AMOUNT SHOWN ABOVE, AN ADJUSTMENT MAY BE NECESSARY AFTER WE RECEIVE YOUR CHECK, IN WHICH EVENT WE WILL INFORM YOU BEFORE DEPOSITING THE CHECK FOR COLLECTION. FOR FURTHER INFORMATION, CONTACT CUSTOMER SERVICE AT THE ADDRESS OR TOLL-FREE NUMBER LISTED ABOVE.
>
> UNLESS YOU NOTIFY US WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION OF THE DEBT, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS OF RECEIVING THIS NOTICE, WE WILL OBTAIN VERIFICATION OF THE DEBT (OR OBTAIN A COPY OF A JUDGMENT, IF THE DEBT HAS BEEN REDUCED TO JUDGMENT) AND MAIL THE VERIFICATION TO YOU. IN ADDITION, UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, WE WILL ALSO PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

0025-00D

To ensure timely posting of your payments, please send all payments to your new servicer at the address indicated below:

**Green Tree**
**PO Box 94710**
**Palatine, IL 60094-4710**

We at Green Tree are honored to serve you. If you need to contact us or have any questions, please call Customer Service toll-free at 1-800-643-0202, from 7:00 a.m. to 8:00 p.m. Central, Monday through Friday, or 7:00 a.m. to 1:00 p.m. Central on Saturdays, or write to us at PO Box 6172, Rapid City, South Dakota 57709-6172.

Respectfully,

Green Tree

*Green Tree Servicing LLC and related entities, including, for certain loans, in Pennsylvania, Green Tree Consumer Discount Company.

**This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.**

# Exhibit N

April 9, 2013

To: Green Tree Servicing LLC

7360 S Kyrene Road, T214

Tempe, AZ 85283

From: Shannon Clark



RE: Loan # ▮▮▮▮▮▮, Home Affordable Modification Agreement

This is a "Qualified Written Request" Under Section 6 of the Real Estate Settlement Procedures Act (RESPA).

    I am writing in response to the approval of my Home Affordable Modification Agreement for my home located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I have read and acknowledged the information contained in the agreement, and have some items that need to be addressed.

    The First Item is in response to the "My Representations" Section, Item "D". I want to be clear that the income used to qualify me for the Making Home Affordable is incorrect as stated in my Trial Period Approval Letter dated 12/5/2012. I have contacted Green Tree Servicing upon Approval of the Trial Period for the modification and on several occasions throughout the Trial Period, to inform them of the income error, and have received no response to correct the income. I spoke to DeDe, my account specialist in December 2012 upon receipt of the letter, and again on 2/27/13, as well as the Modification Specialist Susanna on 2/27/13 who continued to tell me I was paid BI-WEEKLY which is incorrect. I had spoken with DeDe's supervisor Deanna, who transferred me to Susanna's Supervisor Jarrod German (who never returned my call). The issue that Green Tree has qualified me with a HIGHER income than I actually earn. Green Tree Approved me at $4450.35 per month, which is $700.35 per month MORE than I make. Susanna stated that they used my overtime to qualify, and that was the difference, when I pointed out that my overtime for YEAR-TO-DATE was only $397.51 through 10/31/2012 she then stated that my base pay multiplied at a BI-WEEKLY factor is where they determined my income, again, I explained to her I am paid SEMI MONTHLY, not Bi Weekly, so they were calculating much higher income than I make, she disagreed and told me that if they re-calculated my income, I would risk losing my home. I want to state in fact that I am paid SEMI MONTHLY on the 6th & 22nd of each month, and not Bi Weekly. If you take my hourly rate of pay as shown on my income documents submitted of $21.63/ hour, and multiply it by 40 hours per week- and then by 52 weeks per year it is $45000.00 divide that by 12 months, and you get to my income of $3750.00 per month. I want to be clear that it is Green Tree's Modification specialist who has

mis calculated my income and mis stated it, not me. I in fact make $3750 per month, and have not worked any over time in the year 2013. **Therefore I cannot represent "My Representations, Item D" to be correct, or true.**

The second item I would like to address is the New Principle Balance of my loan. Per my Approval from Green Tree Servicing, my New Principle Balance is $258,868.43. I would like an itemized breakdown of how my principle balance came to this figure. Based on the information I have obtained, I have the following Breakdown:

- Principle Balance owed at the time of loan Transfer from Bank of America to Green Tree Servicing on 9/15/2012: $243,046.34
- Past Due for (6) Months of Payments ( April-September 2012) to Bank of America for $7595.22; based on an Interest Only Payment of $1265.87.
- Additional (3) Months of payments not paid during modification approval process with Green Tree Servicing (October- December 2012) $3797.61; based on an Interest Only Payment of $1265.87.
- Taxes Due for 2013 $2089.66
- Insurance due 3/1/2013 $1553.00
- TOTAL FIGURE FOR PAST DUE INTEREST AND CURRENT TAXES AND INSURANCE DUE: $ 15,035.49 + $243,046.34= **$258081.83.**

Please provide the itemized break down as requested above to document how Green Tree Servicing has come to the new Principle Balance of $258,868.43. I show a $786.60 difference based on my calculation. The Modification approval letter also states that I have been given a "**PRINCIPLE FORGIVENESS**" in the amount of $1123.05, please clarify how this has been applied. Please also provide a detailed breakdown of how my (3) months of Trial Payment of $1381.76 for January- March 2013 have been applied to my Principle loan balance as well as my escrow Account.

The third item I would like to Address is the actual monthly payment of $1381.76. Per the data provided to me in your approval letter, a balance of $258,868 with a term of 298 months ( or 25 years rounded up) at an interest rate of 2.00% calculates to a PRINCIPLE & INTEREST payment of **$1097.22**; however your PRINCIPLE & INTEREST payment shows as $1102.90 under section 3C. *This is a payment difference of $5.68.* The Taxes and Insurance payments should be as follows: TAXES $2089.66/ year or $174.14 per month. INSURANCE $1553.00/ year or $129.42 per month. The total PITI payment per my calculation should be $1400.78 per month; the PITI payment currently calculated by Green Tree Servicing is $1381.76.

Please explain to me how Green Tree has come up with their calculation for the Principle & Interest portion of my payment. Please also respond to the full PITI payment currently being short per my calculation.

My fourth and last item I would like addressed is the Escrow Shortage listed at $274.29. I would like to understand where this figure is derived from, if I understand correctly part of my new Principle balance includes the Taxes and Insurance amounts due in 2013. Additionally if my mortgage payments for January- December of 2013 include my escrows for taxes and insurance, the escrow account will have more than enough funds needed to pay my 1st half of Taxes due 2/15/2014; my Homeowners insurance due 3/1/2014; and my 2nd half of taxes due 6/15/14. Please provide further explanation of the "Escrow Shortage". This is something I would rather pay in one lump sum rather than over 60 months, however I need clarification prior to doing so.

I look forward to getting a written response addressing my (4) concerns listed above

1. The Mis Stated Income by Green Tree, how Green Tree will handle this, and how it will affect my Modification approval and payment.
2. The itemized break down of my new principle balance as well as how my trial payments have been applied and how the "Principle Forgiveness" amount of $1123.05 has been applied.
3. How the Principle & Interest was calculated, as well as how the escrow payment is still short to cover my escrow balances.

4. The Escrow shortage explanation, how was this figure derived?

In conclusion, I would like to reiterate the desire to retain my home. I have done nothing but comply with Green Tree Servicing, and previously Bank of America (whom I initially completed the process of modification approval with prior to being transferred to Green Tree Servicing- that was not honored.) I do not want this letter to affect my ability to retain my home; the point of this letter is to express that I did not inflate my income to retain my home; it was inflated by Green Tree Servicing. I am capable of making the payments as I have shown through the trial period, and thereafter. I look forward to having all of this reconciled, so my family and I can move forward in our home.

Sincerely,


Shannon Clark

# Exhibit O

August 8, 2013

TO:    Green Tree Servicing
9600 Center Ave. Ste 160
Rancho Cucamonga, CA 91730

CC:    Office of the Comptroller of Currency
400 7th St. SW, Ste. 3E-218
Washington, D.C. 20219

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552

Colorado Attorney General- John W. Suthers
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203

FROM:    Shannon Clark

RE: Green Tree Loan # ▇▇▇▇▇ :

       This is a "Qualified Written Request" under RESPA section 6 (12 U.S.C. 2605). This letter is in response to recent correspondence from Green Tree Servicing, regarding the request to sign new documents changing the terms of my mortgage, and recent Loan Modification effective April 1, 2013. This letter also serves as a formal written complaint against Green Tree Servicing.

I would like to first start by stating how shocking and more so frightening this entire process has been. I have worked in the Mortgage Banking Industry for over a decade and have never seen anything quite like this; the obvious lack of training and knowledge within the departments that handle Loan Modifications for Green Tree Servicing is alarming. Not only has the information sent via mail from Green Tree been questionable, the conversations that I have had with some of the staff at Green Tree

have also been troubling. Green Tree is using predatory lending methods as a scare tactic to force homeowners into worse housing situations.

I have sought out legal advice from a local real estate attorney, as well as I have sat down and reviewed all of my documentation with the Denver HUD housing counselor for the "Making Home Affordable" program on August 7, 2013. The Counselor, Carlos Vasquez faxed over a bulletin from the CFPB on August 7, 2013 directly to Green Tree's Loss Mitigation Department, this was also sent via Certified mail on August 7, 2013. Carlos pointed out that the Green Tree is responsible for obtaining all documents directly from the "Transferor" A.K.A. Bank of America, and they must honor any agreement set in place, including trial agreements. This is also outlined in the Transfer of Servicing Letter I received from Bank of America in August 2012 *(see attachment).* What I want to accomplish with Green Tree is to get true and accurate answers for the many questions I have had since my transfer of servicing in September 2012 and still have; along with a resolution to put this nightmare to an end.

Let me first begin with the recent correspondence from Green Tree Servicing, dated July 19, 2013 and Received July 26, 2013 via Fed Ex. The documents sent to me are for an approved Modification; a modification that changes the term and interest rate of my current modification *(see attachment).* The latest modification proposes a 40 year term (from a 25 year term); and an interest rate of 3.875% (from 2.00%). At this time I will **NOT** be signing and agreeing to the proposed terms without further clarification and written correspondence from Green Tree. As outlined in this letter, there has been too much mis-communication on behalf of the staff at Green Tree and moving forward written correspondence will be the only acceptable method of communication in regards to this matter.

On July 22, 2013 I had called in to Green Tree to get the address in order to send back the duplicated payment to my home owners insurance, I reached DeDe; who has been my main point of contact since my loan was transferred to Green Tree. DeDe informed me that I would need to complete a new modification packet, she was unsure why, but stated that Susanna, the modification specialist would be in contact with me, and send the package out within a day or two. I left a message for both Susanna and her supervisor Jared German on July 25, 2013. Susanna contacted me on July 26, 2013; she informed me that I had to complete the new modification approval being sent to me, as I "did not qualify for the HAMP Tier 1" package initially sent out. When I questioned why I did not qualify, she re-worded her statement, and said that "HAMP Tier 1 does not allow for the interest rate to be at 2.00%" and was unable to tell me specifically why I did not qualify. She stated that documents were incorrectly sent to me, and that I had to go to a HAMP Tier 2 because it allowed for a longer Term. I again questioned what constituted this change, and her response was that she did not know without going through my entire loan, as she was not the original underwriter, "Craig" was, however he had no longer been with Green Tree. When I questioned how they could change this after they had recorded my approved Modification with the county clerk, Susanna responded "You do not have anything signed by Green Tree", she proceeded to say that I had to sign the new documents or I would be at risk of losing my

home. After ending the call with Susanna, I called her Supervisor, Jared German, and left another message; I then called back into customer service and reached Janella in Collections. She gave me the details of the terms of the proposed loan (40 years, 3.875% interest), which had not been disclosed by Susanna, she also went over the new P&I payment information with me. Janella said she could not see anything in the notes indicating why I did not qualify for HAMP Tier 1; she also stated that it was clear that Susanna didn't know why either based on the notes she had put in. Janella said that she had limited knowledge of the programs differences between Tier 1 & Tier 2; however she would make a note for a supervisor to contact me.

On July 29, 2013 I received a voice mail from Mary Lou at Green Tree; on July 30, 2013 I returned her call. She said she was making a "courtesy call" to follow up with me, she then went through the new loan request with me, in order to get a response to my questions, she placed me on hold and had to review my loan with a "HAMP Specialist"; she stated my account was actually under investigation, and she would also send an email to DeDe's manager; Deanna to resolve the issues.

On July 31, 2013 I was finally contacted by Jared German, he started by telling me that I "didn't meet income calculations" he stated that there were (2) Tiers for the HAMP Program, and that Tier 1 only allowed Debt To Income to be between 10-30%; 30% for PITI; and that it could go to 2.00%; he stated HAMP Tier 2 allowed the DTI to go up to 55% and extend the term of the loan. I asked him specifically what about my income didn't meet the calculations, especially because he and I had previously discussed my income specifically back on April 16, 2013 when he responded to a RESPA letter I sent in with my signed Modification approval package *(see attachment)*. He read through the notes and stated "Calculation sheet was wrong from the Rep; however the income used for the trial was right"; he referred to the "Altari" System. Mr. German confirmed again as he did on 4/16/13 that they used $3750.00 per month to qualify me and that the notes showed I am paid Semi Monthly even though the system was showing bi weekly. He then asked me to hold so he could further review the notes some more. When Mr. German returned to the line, he stated to me "You make too much money, and your DTI is over 31%". He said he had personally calculated my income while I was on hold and that he was showing I made $4019.67 per month. He was basing the information off of my pay stub dated 11/7/2012 for $2095.41 gross; and check dated 10/22/2012 for $2008.90; as well as my Profit and Loss statement dated January 1, 2012- October 31, 2012 with a new income of $40.00 bringing my income to $3079.92, and that he had a total of $39.75 in overtime gross for the Grand total of $4019.67.

When I tried to speak, and explain this was inaccurate, he spoke over me and then began accusing me of sending in fraudulent documents, asking if I was confirming that what I was sent was fraud. I responded to him letting him know he could obtain the documents directly from my employer and that I have not sent in anything fraudulent at any time; when I asked for his supervisors name and contact info, he refused to give them to me, and said he was done speaking with me about this, and that I needed to sign and return the documents sent to me, otherwise he would terminate my current modification agreement and place me in foreclosure. After he hung up, I immediately

called back in, and reached Denise, who was going to let DeDe know to call me; she advised me to go to "knowyouroptions.com".

Based on the conversations detailed above, not only was no one able to accurately explain to me why I do not qualify for the Modification I was recently approved for, but the calculations being given are inconsistent, as well as inaccurate. The calculations that Jared German completed spontaneously while on the phone do not total correctly. Since the beginning of this process no one has calculated my income correctly, as I had even pointed out in a letter on April 9, 2013 sent back with my signed & notarized modification approval *(see attachment).* It appears that the proposed modification is set in place to only benefit the Lender; the most obvious difference in the 2 modifications aside from the term and rate, is the amount of interest the servicer would collect over the term, which is a $180,531.66 difference between the (2) modifications *(see attachment).*

In addition to questioning how Green Tree came up with the income used for my modification approval, I have questioned several times why the Modification Trial Approval from Bank of America was never honored, and I have never been given a response. I have been told there was no record of the approval at most, even though I had faxed and mailed it to Green Tree with my request for the modification with Green Tree, along with the letter I provided to Bank of America initially *(see attachment).* I had initially begun my modification request with Bank of America, in August 2012; and was approved to begin trial payments on 9/14/2013, just before servicing had been transferred to Green Tree *(see attachment).* The modification contact at Bank of America; Christina Sherman assured me that modification trial approval would transfer through to the new servicer seamlessly. This was not the case and Green Tree forced me into applying for the modification with them; failing to acknowledge the Modification Trial Approval from Bank of America. Once I received the approval from Green Tree in December 2012 for the modification trial to begin in January, I still questioned the differences in the Bank of America Modification and the Green Tree Modification, and why there were such great differences and inconsistencies between the two; again with no response.

On April 9, 2013 I wrote a RESPA letter to Green Tree and returned it with my signed & notarized Modification Approval *(see attachment).* It was at this time Jared German Contacted me and we spoke on April 16, 2013 specifically in regards to my income. Mr. German re-assured me that they used the correct income, and that my income was calculated correctly, and it had showed correctly in the "Altari" system as $3750.00 per month. He stated that somehow it mis printed on the Modification Approval Letter, and again reassured me that the modification specialist qualified me correctly, he said my new P&I payment was 31% of my gross income of $3750.00, which was the P&I amount of $1162.50. In addition to questioning the income calculation, I also had questioned how the new Principle balance was calculated; how the trial payments made in January, February & March 2013 had been applied; how the new Payment was calculated as my figures did not match up and an explanation of the escrow shortage. Green Tree did send a response letter, dated June 11, 2013. The

letter gave a breakdown for the principle balance; however it does not detail out what is included in the "Capitalized amount for advances" or "interest" *(see attachment)*. I have recently written a response back to Green Tree dated August 1, 2013 *(see attachment)*, and will await a written response.

Since my transfer of servicing to Green Tree, I have been nothing but compliant and willing to work with Green Tree to get my loan back on track. I had even included my payment for the Initial Trial with Bank of America Set to begin November 2012 with my request for a modification to Green Tree. Since the approval of my Green Tree Modification, both the Trial and the final modification my payments have been sent in a timely manner beginning January 2013; however Green Tree still reports my payments to the (3) major credit bureaus as late/ past due. Transunion shows that my account has been 120 days past due since September 2012; except for the month of April 2013- it shows "OK" and balances are incorrect as well as the monthly obligation amount. Experian shows 150 days past due for September 2012; and "FS" for "Foreclosure Started" for the months of October 2012- March 2013; "OK" for April 2013 and 180 days past due for May/ June & July 2013. *(see attachment).* The Equifax report is still pending. The account information has been formally disputed with each bureau; I would also like a response from Green Tree as to why this is not only being reported inaccurately, but also inconsistently.

I have had countless conversations with Green Tree, and I have documented each call from the beginning. It is obvious that Green Tree does not have consistent responses and that the staff there whom I am assigned to work with are unable to adequately answer simple questions. At this time I am looking for the following questions to be answered, in writing from Green Tree:

1. Why is the term of my modification being changed?
2. For What reasons do I no longer qualify for the Loan Modification approved by Green Tree on 3/20/2013; and recorded with Jefferson County on May 6, 2013?
3. How has my income been calculated to approve the modification with Green Tree? Please provide the income calculation worksheet used.
4. Why was the Bank of America Trial Modification never reviewed or honored by Green Tree?
5. Why are there such significant differences in the Bank of America Modification; and the Green Tree Modification?
6. Why is Green Tree still reporting my mortgage as PAST DUE to the credit bureaus, with an incorrect balance; payment and payment history.
7. What will be done on behalf of Green Tree to rectify these issues in a timely manner?

Please provide a written response within 20 business days of receipt of this letter as per the regulations set forth in the RESPA section 6 (12 U.S.C. 2605).

Shannon Clark

The Following Items are attached with this letter:

1. The proposed modification from Green Tree with a due date of 8/18/13
2. The Approved, signed and recorded Loan Modification currently in place with Green Tree Servicing dated 3/20/13 .
3. The RESPA Letter dated April 9, 2013 written to Green Tree Servicing.
4. The Response to the RESPA Letter from Green Tree dated 6/11/2013
5. My response to the initial RESPA Letter dated 8/1/13
6. Copies of my Experian & Transunion Credit report- Green Tree details only
7. The initial Letter requesting approval for loan Modification written to Bank of America on August 20, 2012.
8. The Transfer of Servicing Letter from Bank of America Dated August 28, 2012.
9. The Approved Bank of America Trial Modification
10. The Letter written to Green Tree on November 10, 2012 at the time of loan Modification request through Green Tree.
11. copies of a Mortgage Calculator showing the P&I and interest paid scenarios.