IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02646-PAB-MEH | Date: | February 5, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                      *Counsel:*

SHANNON CLARK                                Patrick Peluso
                                                               Steven Woodrow

    Plaintiffs,

v.

Green Tree Servicing LLC                        Sarah Wallace

    Defendant.

---

**COURTROOM MINUTES
MOTION HEARING**

---

**9:57 a.m.        Court in session.**

Court calls case.  Appearances of counsel.

Following oral argument, the [69] MOTION to Strike *Errata of Defendant Green Tree's Rule 30(b)(6) Witness, James van House*, is DENIED.

IT IS ORDERED that the plaintiff's counsel is granted an additional two hours to depose Mr. Van House regarding the errata.

Following oral argument, the [71] MOTION for Sanctions *(Discovery)* is GRANTED to the extent that the Court can determine which reasonable costs can be apportioned to each party as being unnecessarily incurred.

IT IS FURTHER ORDERED that each party is to file a statement within ten (10) days outlining the costs that they believe were incurred unnecessarily and the reasons that they believe those costs were unnecessary. Each party has five (5) business days to file a reply.

**10:35  a.m.     Court in recess.**   Hearing concluded.
Total in-court time    00:38

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.